**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **RUTH RAQUEL OCONOR BORONAT,** | § § § | |
| **Petitioner,** | § § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1097-KC** |
| **WARDEN, EL PASO SERVICE PROCESSING CENTER et al.,** | § § § § | |
| **Respondents.** | § § | |

**ORDER**

On this day, the Court considered the case.  On April 24, 2026, the Court granted in part Ruth Raquel Oconor Boronat's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision.  Apr. 24, 2026, Order 3, ECF No. 4.  Respondents were to do so by May 1 and file written notice of whether Oconor Boronat was released from custody. *Id.*

Respondents filed an Advisory, ECF No. 5, stating that, as of May 1, "upon information and belief, Petitioner is in the process of being released from custody."  Advisory, ECF No. 5. Respondents, however, have not informed the Court whether Oconor Boronat has in fact been released from custody in compliance with the Court's Order.  *See generally id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** notice stating whether Oconor Boronat has been released **by no later than May 5, 2026**.

**SO ORDERED**.

**SIGNED this 4th day of May, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE